11999, 12086.    HOWELL *v.* BOWEN; and *vice versa.*
</div>

STEPHENS, J. 1. The court did not abuse its discretion in refusing a continuance upon the ground of the defendant's absence from court when the case was called for trial, when it appeared from the evidence that the defendant "could come to court but not without considerable pain," and when it did not appear that such pain would interfere with his management of the case. *Cavender* v. *Atkins,* 2 *Ga. App.* 173 (58 S. E. 332).

2. No other assignment of error is relied upon.

*Judgment affirmed on the main bill of exceptions; cross-bill of exceptions dismissed. Jenkins, P. J., and Hill, J., concur.*

<div align="center">

DECIDED JUNE 17, 1921.
</div>

Distraint; from city court of Blakely — Judge Sheffield. November 18, 1920.

*Glessner & Collins,* for Howell. *A. H. Gray,* contra.